**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL - 3 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) |
| CHARLES SACUS, a/k/a "HI-C," LARRY LEE, a/k/a "L BLACK," and TREVON SYKES, | ) 4:13CR00288 AGF ) ) ) |
| Defendants. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 25, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**CHARLES SACUS, a/k/a "HI-C,"**

the defendant herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about March 4, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**CHARLES SACUS, a/k/a "HI-C,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT THREE

The Grand Jury further charges that:

From on or about March 28, 2013, to on or about May 31, 2013, in the City of St. Louis, within the Eastern District of Missouri,

### CHARLES SACUS, a/k/a "HI-C,"

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FOUR

The Grand Jury further charges that:

From on or about March 28, 2013, to on or about June 4, 2013, in the City of St. Louis, within the Eastern District of Missouri,

### LARRY LEE, a/k/a "L BLACK,"

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The Grand Jury further charges that:

From on or about May 23, 2013, to on or about June 6, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**TREVON SYKES,**

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney